# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**MICHAEL J. WITKOWSKI**,

        **Plaintiff,**

  -vs-

**MILWAUKEE COUNTY, et al.,**

        **Defendants.**

Case No. 05-C-442

# ORDER

Based upon the stipulation filed by counsel,

IT IS HEREBY ORDERED that Michele M. Ford and Crivello, Carlson & Mentkowski, S.C. shall be substituted as counsel for Andrew M. Halstead in place of Whyte Hirschboeck Dudek SC, Andrew A. Jones, Charles H. Bohl, and Nathan A. Fishbach in this matter.

Dated at Milwaukee, Wisconsin, this 18th day July, 2005.

        **SO ORDERED,**

        s/ Rudolph T. Randa
        **HON. RUDOLPH T. RANDA**
        **Chief Judge**