UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

MICHAEL J. WITKOWSKI,　　　　　　　　　　Civil Action No. 05-C-00442

　　　　Plaintiff,

　　　　　　v.

MILWAUKEE COUNTY, et. al.

　　　　Defendants.

ORDER REGARDING SUBSTITUTION OF COUNSEL

Based upon the August 12, 2005 stipulation on file herein,

IT IS HEREBY ORDERED:

1. That Attorney Michele M. Ford, CRIVELLO, CARLSON & MENTKOWSKI, S.C., shall be substituted as counsel for defendant DEPUTY STEVEN GUNN in place of WHYTE HIRSCHBOECK DUDEK, S.C., Andrew A Jones, Charles H. Bohl, and Nathan A Fishbach in this matter; and

2. That Attorney Emile H. Banks, Jr., EMILE BANKS & ASSOCIATES, LLC, shall be substituted as counsel for defendant DEPUTY ANDREW HALSTEAD in place of Attorney Michele M. Ford, CRIVELLO, CARLSON & MENTKOWSKI, S.C., in this matter.

Dated this 16th day of August, 2005.

　　　　　　　　　　BY THE COURT:


　　　　　　　　　　s/ Rudolph T. Randa

　　　　　　　　　　HON. RUDOLPH T RANDA
　　　　　　　　　　U.S. District Judge